# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| REGIS B. BINGHAM, | Case No. 4:11-bk-04025-JJT |
| Debtor | Entry of Appearance |

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of the above referenced Debtor, Regis B. Bingham.


Date: August 12, 2016

/s/ Brian L. Kerstetter, Esquire
Brian L. Kerstetter, Esquire
Attorney for Debtor
1202 West Market Street
Lewisburg, PA 17837
(570) 524-6020
PA ID: 83934