LOCAL BANKRUPTCY FORM 9013-3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
REGIS B. BINGHAM

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

Plaintiff(s)/Movant(s)
vs.
REGIS B. BINGHAM

Defendant(s)/Respondent(s)

CHAPTER: 13

CASE NO. 4-11-bk-04025-JJT

ADVERSARY NO. __-__-ap-_____ (if applicable)

Nature of Proceeding: Motion to Dismiss

Document #: 90

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Counsel for Debtor is working on the necessary paperwork to finalize this case. Additionally, Counsel for Debtor is scheduled, pursuant to his obligation as Title IV-D Attorney for Union County Domestic Relations, to be in Family Court from 9:00am-5:00pm on the same date as this hearing.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: August 24, 2016

/s/ Brian L. Kerstetter, Esquire

Attorney for: Regis B. Bingham
Name: Brian L. Kerstetter, Esquire
Phone Number: 570-524-6020

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.