```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 11-04025-JJT
Regis B. Bingham                                                Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: LyndseyPr            Page 1 of 1            Date Rcvd: Oct 26, 2016
                              Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
db             +Regis B. Bingham,    64 Spencer Place,    Lewisburg, PA 17837-6654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Brian L. Kerstetter    on behalf of Debtor Regis B. Bingham crissy@kerstetterlaw.com,
               brian@kerstetterlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gail Lee Hills    on behalf of Debtor Robin D. Bingham Hills.gail@gmail.com
              Jeremy John Kobeski    on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee
               For et al. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    GMAC MORTGAGE, LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Deutsche Bank Trust Company, pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Deutsche Bank Trust Company, bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lori R Hackenberg    on behalf of Debtor Regis B. Bingham hackenberg@lhlaw.cc, jolynn@lhlaw.cc
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   REGIS B. BINGHAM, : Case No. 4:11-bk-04025-JJT
          Debtor :

### ORDER CONFIRMING THIRD AMENDED CHAPTER 13 PLAN

The Third Amended Chapter 13 Plan was filed on October. With no objection from the Trustee the Court will approve the amendments to the plan.

Dated: October 26, 2016

By the Court,

_[signature]_

John J. Thomas, Bankruptcy Judge
(RPR)