## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Regis B. Bingham  
<u>Debtor(s)</u>

BKY. NO. 11-04025 JJT

CHAPTER 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank Trust Company Americas as Trustee for RALI 2007-QS2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 9476

                  Respectfully submitted,

                  <u>**/s/ Thomas Puleo**</u>  
                  Thomas Puleo, Esquire  
                  James C. Warmbrodt, Esquire  
                  KML Law Group, P.C.  
                  701 Market Street, Suite 5000  
                  Philadelphia, PA 19106-1532  
                  (215) 825-6306  FAX (215) 825-6406  
                  Attorney for Movant/Applicant