United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Regis B. Bingham  
    Debtor

Case No. 11-04025-JJT  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-4 | User: LyndseyPr | Page 1 of 1 | Date Rcvd: Mar 10, 2017 |
| | Form ID: ntrevtfr | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2017.  
db    +Regis B. Bingham,   64 Spencer Place,   Lewisburg, PA 17837-6654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2017 at the address(es) listed below:

    Ann E. Swartz   on behalf of Creditor   J.P. Morgan Chase Bank, N.A. ASwartz@mwc-law.com, ecfmail@mwc-law.com  
    Brian L. Kerstetter   on behalf of Debtor Regis B. Bingham crissy@kerstetterlaw.com, brian@kerstetterlaw.com  
    Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
    Gail Lee Hills   on behalf of Debtor Robin D. Bingham Hills.gail@gmail.com  
    James Warmbrodt   on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com  
    Jeremy John Kobeski   on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee For et al. pamb@fedphe.com  
    Joseph P Schalk   on behalf of Creditor   GMAC MORTGAGE, LLC pamb@fedphe.com  
    Joseph P Schalk   on behalf of Creditor   Deutsche Bank Trust Company, pamb@fedphe.com  
    Joshua I Goldman   on behalf of Creditor   Deutsche Bank Trust Company, bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Joshua I Goldman   on behalf of Creditor   GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Lori R Hackenberg   on behalf of Debtor Regis B. Bingham hackenberg@lhlaw.cc, jolynn@lhlaw.cc  
    Thomas I Puleo   on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee For et al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
    United States Trustee   ustpregion03.ha.ecf@usdoj.gov  
                                      TOTAL: 13

| ntrevtfr(04/14) | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade): | |
| Regis B. Bingham<br>Debtor(s) | Chapter 13<br><br>Case No. 4:11−bk−04025−JJT |

## Notice

Notice to the Debtors:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for both debtors unless a Certification About a Financial Management Course is filed.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>PO Box 908, Harrisburg, PA 17108<br>570−831−2500/717−901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: LyndseyPrice |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 10, 2017 |