In re:  
Regis B. Bingham  
    Debtor

Case No. 11-04025-JJT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: LyndseyPr     Page 1 of 1     Date Rcvd: Mar 15, 2017  
                      Form ID: ntrevtfr    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.  
db           +Regis B. Bingham,    64 Spencer Place,    Lewisburg, PA 17837-6654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:
          Ann E. Swartz    on behalf of Creditor    J.P. Morgan Chase Bank, N.A. ASwartz@mwc-law.com, ecfmail@mwc-law.com  
          Brian L. Kerstetter    on behalf of Debtor Regis B. Bingham crissy@kerstetterlaw.com, brian@kerstetterlaw.com  
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com  
          Gail Lee Hills    on behalf of Debtor Robin D. Bingham Hills.gail@gmail.com  
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION et al... bkgroup@kmllawgroup.com  
          Jeremy John Kobeski    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For et al. pamb@fedphe.com  
          Joseph P Schalk    on behalf of Creditor    GMAC MORTGAGE, LLC pamb@fedphe.com  
          Joseph P Schalk    on behalf of Creditor    Deutsche Bank Trust Company, pamb@fedphe.com  
          Joshua I Goldman    on behalf of Creditor    Deutsche Bank Trust Company, bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Joshua I Goldman    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Lori R Hackenberg    on behalf of Debtor Regis B. Bingham hackenberg@lhlaw.cc, jolynn@lhlaw.cc  
          Thomas I Puleo    on behalf of Creditor    Deutsche Bank Trust Company Americas, As Trustee For et al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                 TOTAL: 13

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Regis B. Bingham  Debtor(s) | Chapter | 13 |
|---|---|---|
| | Case No. | 4:11−bk−04025−JJT |

## Amended Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for debtor unless a Certification About a Financial Management Course is filed.

| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  197 S Main St, Wilkes−Barre, PA 18701 OR  PO Box 908, Harrisburg, PA 17108  570−831−2500/717−901−2800 | **For the Court:**  Clerk of the Bankruptcy Court:  Terrence S. Miller  By: LyndseyPrice |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 15, 2017 |