```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 11-04025-JJT
Regis B. Bingham                                                Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0314-4         User: LyndseyPr          Page 1 of 1          Date Rcvd: Apr 18, 2017
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2017.
db          +Regis B. Bingham,    64 Spencer Place,    Lewisburg, PA 17837-6654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor   J.P. Morgan Chase Bank, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Brian L. Kerstetter    on behalf of Debtor Regis B. Bingham crissy@kerstetterlaw.com,
               brian@kerstetterlaw.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gail Lee Hills    on behalf of Debtor Robin D. Bingham Hills.gail@gmail.com
              James Warmbrodt    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION et al...
               bkgroup@kmllawgroup.com
              Jeremy John Kobeski    on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee
               For et al. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   GMAC MORTGAGE, LLC pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor   Deutsche Bank Trust Company, pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   Deutsche Bank Trust Company, bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lori R Hackenberg    on behalf of Debtor Regis B. Bingham hackenberg@lhlaw.cc, jolynn@lhlaw.cc
              Thomas I Puleo    on behalf of Creditor   Deutsche Bank Trust Company Americas, As Trustee For et
               al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 13

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Regis B. Bingham  
64 Spencer Place  
Lewisburg, PA 17837

Chapter 13  
Case No. 4:11−bk−04025−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0930

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: April 18, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: LyndseyPrice, Deputy Clerk